# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1207

_____

FRANKLIN R. GWYN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Baker County.
Phillip A. Pena, Judge.

November 8, 2023

PER CURIAM.

AFFIRMED. *See Parks v. State*, 48 Fla. L. Weekly D1524 (Fla. 1st DCA Aug. 2, 2023).

LEWIS, B.L. THOMAS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.